AO 241 (Rev. 09/17)



## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: **Middle Dist. Pa.** |
|---|---|

| Name (under which you were convicted): | Docket or Case No.: |
|---|---|
| **Steven Holmes v. Commonwealth PA.** | **CP-46-CR-0006549** (2017) **277 EDA 2020** |

| Place of Confinement : | Prisoner No.: |
|---|---|
| **SCI-Rockview** | **178 MAL 2021** **NJ-2538** |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| **Steven Holmes** | v. **Commonwealth PA** |
| The Attorney General of the State of: | |

### PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    **Hon. J. Silow (at: Montgomery County Com. PA**

    **CP-46-CR-0006549-2017// Sentenced on: 4/9/2018 5-6**

    **(R.R. 25a-26a).**

    (b) Criminal docket or case number (if you know): **CP-46-CR-0006549-2017**

2.  (a) Date of the judgment of conviction (if you know): **4/9/2018**

    (b) Date of sentencing: **4/9/2018**

3.  Length of sentence: **10yrs-20yrs**

4.  In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☒ No

5.  Identify all crimes of which you were convicted and sentenced in this case: **Homicide 1ct.,**

    **(Voluntary Manslaughter).**

6.  (a) What was your plea? (Check one)

    ☐ (1) Not guilty        ☐ (3) Nolo contendere (no contest)

    ☒ (2) Guilty           ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☐ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes    ☒ No

8.    Did you appeal from the judgment of conviction?

    ☒ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:   **Montgomery County Common Pleas Court**

(b) Docket or case number (if you know): **PCRA 11/19/18 (No.CP-46-CR-0006549-2017**

(c) Result:   **Denied**

(d) Date of result (if you know):   **Denied**

(e) Citation to the case (if you know):   **as stated above**

(f) Grounds raised:   **Ineffective Assistance of Counsel**

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☒ Yes   ☐ No

    If yes, answer the following:

    (1) Name of court:   **Superior Court No. 277 EDA 2020**

    (2) Docket or case number (if you know):   **as above**

    (3) Result:   **Denied**

AO 241 (Rev. 09/17)

(4) Date of result (if you know):    Denied 6/9/2021

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?    ☒ Yes    ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: PA Supreme Court: No. 178 MAL 2021

(2) Docket or case number (if you know): as above

(3) Date of filing (if you know): 4/21/2021

(4) Nature of the proceeding: Appeal of Superior Court's Affirmance

(5) Grounds raised: Ineffective Assistance of Trial Counsel; Abuse

of Court Judicial Discretion Colloquy

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: Denied Result

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____ _____

    (2) Docket or case number (if you know): _____ _____

    (3) Date of filing (if you know): _____ _____

    (4) Nature of the proceeding: _____ _____

    (5) Grounds raised: _____ _____

    _____ _____

    _____ _____

    _____ _____

    _____ _____

    _____ _____

    _____ _____

    _____ _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❏ Yes    ❏ No

    (7) Result: _____

    (8) Date of result (if you know): _____ _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____ _____

    (2) Docket or case number (if you know): _____ _____

    (3) Date of filing (if you know): _____ _____

    (4) Nature of the proceeding: _____ _____

    (5) Grounds raised: _____ _____

    _____ _____

    _____ _____

    _____ _____

    _____ _____

    _____ _____

    _____ _____

    _____ _____

    _____ _____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏ Yes    ❏ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☒ Yes    ❏ No

(2) Second petition:    ❏ Yes    ❏ No

(3) Third petition:    ❏ Yes    ❏ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**    Ineffectiveness of Trial Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Failure to perform an adequate Pre-Trial Discovery Investigation (i.e. Failure to present witnesses that support defense version of incident ("Affirmative defense//Self defense).

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: P.C.R.A. Withdrawal of Plea _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): as asserted above _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): Denied _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: PA Supreme _____

Docket or case number (if you know): 178 MAL 2021 _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____ _____

_____ _____

_____ _____

**GROUND TWO:** _____ _____

_____ _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____ _____

_____ _____

_____ _____

_____ _____

_____ _____

_____ _____

_____ _____

_____ _____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____ _____

_____ _____

_____ _____

(c)    **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?    ❏  Yes    ❏  No

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____ _____

    _____ _____

    _____ _____

(d)    **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ❏  Yes    ❏  No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____ _____

    Name and location of the court where the motion or petition was filed: _____ _____

    _____ _____

    _____ _____

    Docket or case number (if you know): _____ _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____ _____

_____ _____

_____ _____

_____ _____

(c)    **Direct Appeal of Ground Three:**

       (1) If you appealed from the judgment of conviction, did you raise this issue?   ❐ Yes   ❐ No

       (2) If you did not raise this issue in your direct appeal, explain why: _____ _____

       _____ _____

       _____ _____

(d)    **Post-Conviction Proceedings:**

       (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ❐ Yes   ❐ No

       (2) If your answer to Question (d)(1) is "Yes," state:

       Type of motion or petition: _____ _____

       Name and location of the court where the motion or petition was filed: _____ _____

       _____ _____

       Docket or case number (if you know): _____ _____

       Date of the court's decision: _____ _____

       Result (attach a copy of the court's opinion or order, if available): _____ _____

       _____ _____

       (3) Did you receive a hearing on your motion or petition?   ❐ Yes   ❐ No

       (4) Did you appeal from the denial of your motion or petition?   ❐ Yes   ❐ No

       (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❐ Yes   ❐ No

       (6) If your answer to Question (d)(4) is "Yes," state:

       Name and location of the court where the appeal was filed: _____ _____

       _____ _____

       Docket or case number (if you know): _____ _____

       Date of the court's decision: _____ _____

       Result (attach a copy of the court's opinion or order, if available): _____ _____

       _____ _____

       _____ _____

       _____ _____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____    _____

_____    _____

_____    _____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____    _____

_____    _____

_____    _____

**GROUND FOUR:** _____    _____

_____    _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____    _____

_____    _____

_____    _____

_____    _____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ❏ Yes    ❏ No

(2) If you did not raise this issue in your direct appeal, explain why: _____    _____

_____    _____

_____    _____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes    ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____    _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

_____  _____

_____  _____

Docket or case number (if you know): _____  _____

Date of the court's decision: _____  _____

Result (attach a copy of the court's opinion or order, if available):

_____  _____

_____  _____

| | | | | | |
|---|---|---|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ | Yes | ☐ | No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ | Yes | ☐ | No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ | Yes | ☐ | No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____  _____

_____  _____

Docket or case number (if you know): _____  _____

Date of the court's decision: _____  _____

Result (attach a copy of the court's opinion or order, if available): _____  _____

_____  _____

_____  _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

         having jurisdiction?    ☐ Yes    ☐ No

         If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

         presenting them: _____

         _____

         _____

         _____

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

         ground or grounds have not been presented, and state your reasons for not presenting them:

         _____

         _____

         _____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?    ☐ Yes    ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available. _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?    ☐ Yes    ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised. _____

    _____

    _____

    _____

    _____

AO 241 (Rev. 09/17)

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the
judgment you are challenging:

(a) At preliminary hearing:  Carrie Lynn Allman ESQ.

(b) At arraignment and plea:  same

(c) At trial:  same

(d) At sentencing:  same

(e) On appeal:  Brooks T. Thompson, ESQ.,

(f) In any post-conviction proceeding:  same

(g) On appeal from any ruling against you in a post-conviction proceeding:  same

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are
challenging?        ☐  Yes    ☒  No
(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
future?        ☐  Yes    ☐  No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

This is "Timely Appeal."

AO 241 (Rev. 09/17)

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

      (2)      The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: `Revocation Plea Arrangement`

`Deal. Grant appointment of counsel, etc.`

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _4 / 4/2022_ (month, date, year).

Executed (signed) on _____ (date).

_Steven Helmer_ NJ 2538 SCI #
Rockview

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

INMATE MAIL
PA DEPT OF
CORRECTIONS



US POSTAGE PITNEY BOWES
ZIP 16823 $ 001.76⁰
02 4W
0000376203 APR 07 2022

Steven Holmes # NJ2538 SCI Rockview
PO Box 33028
St Petersberg, FL 33733

U.S.M.S.
X-RAY.



RECEIVED
APR 1 1 2022
3rd. CIR

United States of APPEALS
   21400 US. courtHouse
601 market Street
PHILADELPHIA, PA 19106