IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVEN HOLMES,
    Petitioner,

v.

CIVIL ACTION NO. 22-CV-1624

COMMONWEALTH OF PA, *et al.*,
    Respondents.

## NOTICE OF ELECTION

I, Steven Holmes, Petitioner in the captioned action, have read the Order of Court which accompanied this form notice. I choose to have the court rule on my petition as filed.

*Steven Holmes*
Steven Holmes

Signed on 5 26 22 .
      (Date)

4

Steven Holmes NJ 2538
SCI Rockview
1 Rockview Place, Box
Bellefonte, PA 16823

CERTIFIED MAIL
Return Receipt Requested

601 Market Steet
Office of the CLERK
United States District court
Philadelphia, PA 19106-9865


